Submitted on record and briefs March 1, rule held valid May 1, 1991

Victor KLINGER,
*Petitioner,*

*v.*

STATE FIRE MARSHAL,
*Respondent.*

(CA A62689)

809 P2d 133

Victor Allen Klinger, Lexington, filed the brief *pro se* for petitioner.

Dave Frohnmayer, Attorney General, Virginia L. Linder, Solicitor General, and Jas. Adams, Assistant Attorney General, Salem, filed the brief for respondent.

Before Richardson, Presiding Judge, Joseph, Chief Judge, and Deits, Judge.

PER CURIAM

## PER CURIAM

Petitioner challenges the validity of various provisions of the Uniform Fire Code with Oregon Amendments, adopted by the State Fire Marshal by OAR 837-40-010. ORS 183.400. Petitioner's arguments do not provide a basis on which we can declare the rule invalid.

Rule held valid.